JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMMADREZA HAJIABBASKHAYATTABRIZI,<br><br>Plaintiff,<br><br>vs.<br><br>MERCEDES-BENZ USA, LLC; and DOES 1 through 10, inclusive<br><br>Defendants. | Case No.: 2:22-cv-04593-RGK-PD<br><br>District Judge: Hon. R. Gary Klausner<br><br>[PROPOSED] ORDER AND JUDGMENT<br><br>[35] |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff MOHAMMADREZA HAJIABBASKHAYATTABRIZI ("Plaintiff") accepted Defendant MERCEDES-BENZ USA, LLC's Rule 68 Offer. Additionally, Defendant has agreed to pay $13,500.00 to resolve Plaintiff's attorneys' fees, costs, and expenses within 60 days from entry of judgment.

Accordingly, the Court hereby enters a Judgment in favor of Plaintiff pursuant to the terms of the Rule 68 and awards $13,500 in Plaintiff's attorneys' fees, costs, and expenses pursuant to the parties' joint stipulation.

All pending dates in this action are vacated. The clerk shall close this action.

**IT IS SO ORDERED.**

Date: 6/13/2023

_____
Hon. R. Gary Klausner
U.S. District Judge

1
**JUDGMENT**